**Jason PARSONS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58966.**

Missouri Court of Appeals, Western District.

May 1, 2001.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa Sutherland, Asst. Atty. Gen., Jefferson City, for respondent.

Before NEWTON, P.J., ELLIS and HOLLIGER, JJ.

### ORDER

PER CURIAM:

Jason Parsons appeals the dismissal of his Rule 24.035 motion for postconviction relief.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).